UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARLO DARIUS BROWN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WARREN, *et al.*,<br><br>Defendants. | Case No. 25-cv-12415<br>Honorable Susan K. DeClercq<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING AS MOOT PLAINTIFF'S MOTIONS TO COMPEL
(ECF NOS. 26, 29)**

Plaintiff Marlo Darius Brown, proceeding pro se and in forma pauperis, filed this civil rights action under 42 U.S.C. § 1983 against Defendants City of Warren, C. Serafino, and C. Louton.  ECF No. 1.  The Honorable Susan K. DeClercq referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 8.

The Court entered a report and recommendation to abstain from and administratively close the case.  ECF No. 17.  Brown now moves to compel production of certain evidence listed in his motions.  ECF No. 26; ECF No. 29.  Given the Court's previous recommendation to abstain and close the case, the Court **DENIES** these motions as moot.

                                                s/Elizabeth A. Stafford
                                                ELIZABETH A. STAFFORD
                                                United States Magistrate Judge

Dated: December 2, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 2, 2025.

                                                s/Davon Allen
                                                DAVON ALLEN
                                                Case Manager