UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARLO DARIUS BROWN,

        Plaintiff,

v.

CITY OF WARREN, et al.,

        Defendants.
_____/

Case No. 2:25-cv-12415

Honorable Susan K. DeClercq
United States District Judge

Honorable Elizabeth A. Stafford
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 17), DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER (ECF No. 13), AND *SUA SPONTE* STAYING AND ADMINISTRATIVELY CLOSING CASE**

On October 30, 2025, Magistrate Judge Elizabeth A. Stafford issued a report recommending that this Court deny Plaintiff Marlo Darius Brown's motion for a temporary restraining order. ECF No. 17. Judge Stafford also recommended that this Court *sua sponte* stay and administratively close Brown's case under *Younger v. Harris*, 401 U.S. 37 (1971), because Brown's state criminal prosecution is ongoing *Id.* at PageID.66.

Judge Stafford provided 14 days for objections to be filed, but no party filed objections. They have therefore forfeited their right to appeal Judge Stafford's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing

*Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, there is no prejudicial clear error in the report.

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 17, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Motion for a Temporary Restraining Order, ECF No. 13, is **DENIED**.

Further, it is **ORDERED** that the above-captioned case is **STAYED** and **ADMINISTRATIVELY CLOSED** until the conclusion of Brown's state criminal prosecution. Within 60 days of the conclusion of Brown's state criminal prosecution, he may move to reopen this case.

**This is not a final order and does not close the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: December 9, 2025