UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARLO DARIUS BROWN

Plaintiff, Case No. 25-12415

v. Hon. Susan K. DeClercq

CITY OF WARREN, et al.

Defendants.

_________________________________/

**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE (ECF No. 38) AND MOTION FOR WAIVER OF PACER FEES AND RESTORATION OF ELECTRONIC CASE ACCESS FEES (ECF No. 39) AS MOOT**

On December 9, 2025, this Court adopted the recommendation of Magistrate Judge Elizabeth A. Stafford and administratively stayed this case pursuant to *Younger v. Harris*, 401 U.S. 37 (1971) because Plaintiff Marlo Darius Brown's state criminal prosecution was still ongoing. ECF No. 37 at PageID.177-78. This Court provided that Brown could move to reopen this case within 60 days of the conclusion of his state criminal prosecution. *Id*. at PageID.178.

On July 24, 2026, Brown filed a motion entitled "Renewed Motion to Strike Defendants' Late Answer, Renewed Request for Clerk's Entry of Default, and Motion for Default Judgment (FRCP 55(a)/(b) – Filed Contemporaneously with Plaintiff's Motion to Lift Stay and Reopen." (Motion to Strike) ECF No. 38.

However, despite the title, Brown did not, and to date has not, filed a motion to reopen his case. Without such a motion, this case remains administratively stayed. Although Defendants indicate that they received a copy of Brown's proposed motion to lift stay and reopen the case, ECF No. 40, PageID.192, no such motion has been filed with this Court. Moreover, assuming as true that Brown's state criminal prosecution concluded on July 6, 2026, *see* ECF No. 38 at PageID.179, Brown is beyond the 60 days allowed to reopen his case. Accordingly, Brown's Motion to Strike is denied as moot.

Brown has also filed a motion to reinstate his PACER account and waive PACER fees. ECF No. 39. However, for the same reasons, this motion is also denied as moot.

Accordingly, Brown's Motion to Strike, ECF No. 38, and Motion for Waiver of PACER Fees and Restoration of Electronic Case Access, ECF No. 39, are **DENIED AS MOOT.**

**IT IS SO ORDERED.**

*/s/ Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: November 10, 2026